[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No.  12-11582
Non-Argument Calendar
_____

D.C. Docket No. 1:11-cr-00111-CG-M-1


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOHN ROY BLANKS, JR.,

Defendant-Appellant.


_____

Appeal from the United States District Court
for the Southern District of Alabama
_____
(December 7, 2012)

Before MARTIN, JORDAN, and FAY, Circuit Judges.

PER CURIAM:

Richard E. Shields, appointed counsel for John Roy Blanks, Jr. in this direct

criminal appeal, has filed both a motion to withdraw from further representation of

Mr. Blanks and a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Mr. Blanks has not objected to the *Anders* brief filed by Mr. Shields, and our independent review of the entire record reveals that Mr. Shields' assessment of the relative merit of Mr. Blanks' appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Mr. Shields' motion to withdraw is **GRANTED**, and Mr. Blanks' conviction and sentence are **AFFIRMED.**